IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH D. SMITH,

    Petitioner,           No. CIV S-04-0497 LKK DAD P

    vs.

G.J. GIURBINO,

    Respondent.         <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with this action. In findings and recommendations filed March 24, 2005, the undersigned has recommended that petitioner's motion to hold proceedings in abeyance be granted and that petitioner be ordered to present all unexhausted claims to the California Supreme Court in a state habeas petition to be filed within thirty days after this action is stayed. Petitioner has requested a thirty-day enlargement of time to file his state exhaustion petition. Petitioner also requests that the court relieve him of the obligation to file monthly status reports and require respondents to do so instead.

        The March 24, 2005 findings and recommendations have been submitted to the district judge for consideration. However, the findings and recommendations have not been adopted and this action has not been stayed. If the district judge issues an order adopting the findings and recommendations, petitioner's thirty-day time limit for filing a state exhaustion

1

petition will begin to run on the date of that order. Under these circumstances, petitioner is not in need of an enlargement of time, and his request will be denied.

If all of the March 24, 2005 recommendations are adopted, petitioner will be required to file and serve a monthly status report in which he describes the status of his state exhaustion proceedings. Petitioner should indicate in his first status report the date on which he mailed, or will mail, an exhaustion petition to the California Supreme Court. Subsequent status reports should include such information as the case number that was assigned to his state habeas petition, the receipt of any notice or order from the California Supreme Court, and his submission of any additional filings to the state court. A status report may reflect that petitioner received no notices or orders from the state court during the monthly period. Petitioner is not required to obtain status information from the California Supreme Court before he prepares his status report for this court.

Accordingly, IT IS HEREBY ORDERED that petitioner's April 22, 2005 request for enlargement of time and for modification of the pending findings and recommendations is denied.

DATED: May 24, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
smit0497.req