IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH D. SMITH,

    Petitioner,                   No. CIV S-04-0497 LKK DAD P

    vs.

G.J. GIURBINO,

    Respondent.                ORDER

_____/

        On May 18, 2005, the court granted petitioner's motion for a stay and abeyance. The court stayed this action and instructed petitioner to file a motion to lift the stay, along with a proposed amended petition containing only exhausted claims, within thirty days after petitioner was served with the California Supreme Court's order disposing of his state exhaustion petition.

        Petitioner has informed the court that the California Supreme Court denied his state habeas petition on February 18, 2009. Although petitioner has filed a proposed amended petition, he has not filed a motion to lift the stay in this action.

/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED that petitioner shall file a motion to lift the stay in this action within thirty days of the date of this order.

DATED: March 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
smit0497.mlft